**FILED**

MAY 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABIB SARAJUDDIN** | ) |
| Camp Delta Guantanamo Bay | ) |
| Washington, D.C. 20355 | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States | ) |
| | ) |
| DONALD RUMSFELD, | ) |
| Secretary, United States Department | ) |
| of Defense | ) |
| | ) |
| ARMY BRIG. GEN. JAY HOOD | ) |
| Commander, Joint Task Force- | ) |
| GTMO | ) |
| | ) |
| ARMY COL. BRICE GYURISKO | ) |
| Commander, Joint Detention | ) |
| Operations Group, JTF - GTMO | ) |

Leave to file without
Prepayment of Cost **GRANTED**

*Roger C. Lowentte*

Civil Action No.

CASE NUMBER: 1:05CV1000

JUDGE: PAUL L. FRIEDMAN

DECK TYPE: HABEAS CORPUS/2255

DATE STAMP: 05/18/05

## PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-T 0

1974

24 March 2005

PETITIONER: <u>ABIB SARAJUDDIN</u>

My name is Abib Sarajdin from Afghanistan, Province Khust, City Nadir Shah Kote, Village Sambawo, race Zanikhil.

I am innocent, due to malicious accusation of my enemies, Americans during the night, raided my house and arrested me. I am a poor person. I am not Taleb and I'm not a leader and besides that I am not a warrior. I never took part in any war. Mistakenly my house was bombed and as a results 12 family members were killed and I was unlawfully arrested and detained. Before the Tribunal, my agent told me that he read in the Washington Post and other papers that my house was bombed by mistake. I don't believe that their mistakes make me a criminal. I am innocent, if I return to my country, I will help my family with farming even though I'm an old man but I'll still be able to supervise my family. I am not anti-American and I like Karzai government. Now I am seeking justice.

Note: This is not an official translation.

ISN 458

PETITIONER: (DETAINEE'S NAME)

زه ماڼم ترلیح ایرن مملکت فنا نستان، ولایت خوست، ښهر نادرشا کوت تریے سمباوه قوم زنیزیل.

ته. ه یو سیلنه سرای یم دد سنبینا مو د اطلاع خکه امریکا یان به شیوه کین زی دا به کور کی راغلا او ما که نیتگر وکره. ته ه یو تمریب شرای یم ته ته نه طالب یم او نه څو مذلان او نه جنگی سرای یم او به حیع جنگه کی مایوف ندی آختین. نه ما کور مبارد سو ای دو ته مونز له څواه دوه نس تنه تهمیدل سمو او نه ضروف دقانون سندری شیه. نه ما تها سنره کنو ره دحکلی ته ماته دویل حموته اصاب دوکی لیکل سوی دی چیته ماکر ا شنیاً جبارد سو ای دو او او اونتگین لوست دا یا پید کم سوی. د دوی پشته نه ما کنه نوی رنه یو سیلنه سرای یم نه نه خولی حه ولی تلالاسک ا و دوی کروندی سرا یه د دقانان دانته معروف کم، نه نه یودا سرای یم دقانا نه زا دلایا بنا نه زه دویته رهنا یی کوم او درست کوم، نه د ادریا باتو سره دیشنی نلوم دکر نی ای کوت شه حکومت دی، نه ه عدالت غوایم.

FILED

05 1000    MAY 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signed: سراج حیث    Date: 03/24/05

ATCH 1

ISN 458