UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HABIB SARAJUDDIN

      Petition

      v.                                     Civil Action No. 05-1000  (PLF)

GEORGE W. BUSH, et al.

**MOTION TO WITHDRAW PETITION FOR WRIT OF HABEAS CORPUS**

cc:    Terry Henry, Esq.
        U.S. Department of Justice
        Civil Rights Division
        P.O. Box 883
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20044

GUAN-2005-T 03675

Petition to - United States District Court

Dear.ms.

My Name is Habib Sarajuddin.

I am one one of Detinee with Amirican in Guantanamo Base By cuba.

Mistackenly I sent a petition letter to your Court. Because the Amirican investagator Told me to write and sign.

When I got response from your side I understand what is matter.

But now I request to cancile my petition and not send Any lawyer to me. Because I don't want Lawyer nor Justice please give me my petition and response I am waiting for your answer.

Habib Sarajuddin - 1-S-N-000468

حبيب سراج الدين