UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABIB SARAJUDDIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-1000 (PLF) |
| | ) |
| GEORGE W. BUSH, et al., | ) |
| | ) |
| Respondents. | ) |

ORDER

This matter is before the Court on petitioner's motion to withdraw his petition for a writ of habeas corpus. Although the filing has been captioned a "motion to withdraw petition," it is not clear from the text of the filing that Mr. Sarajuddin, who is proceeding *pro se* and obviously possesses limited English fluency, truly wishes to abandon his habeas claim.[1] The Court has been apprised that arrangements for the representation of *pro se* habeas petitioners such as Mr. Sarajuddin are in progress. Accordingly, it is hereby

ORDERED that [3] petitioner's motion to withdraw petition for writ of habeas corpus is DENIED without prejudice to its being re-filed once petitioner has been provided the opportunity to consult with counsel.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: September 13, 2005         United States District Judge

---

[1] Mr. Sarajuddin's original petition was handwritten in Arabic, and was filed with an unofficial translation. The instant motion is handwritten in English, but it is unclear whether it was written by petitioner or by another individual on his behalf.