# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ABIB SARAJUDDIN,
    Petitioner

v           **APPEARANCE**

               CASE NO.: 1:05cv01000-PLF

GEORGE W. BUSH, President
of the United States, Et Al
    Respondent

To the Clerk of this Court and all parties of record:

    Enter my Appearance as counsel in this case for:

**ABIB SARAJUDDIN**

Date: November 15, 2005        /s/
                                                   *Signature*

Bar No.: ct24770                *Thomas P. Belsky*
                                                   *Print Name*

                                                   *OFFICE OF THE FEDERAL DEFENDER*
                                                   *Firm Name*

                                                   *2 WHITNEY AVENUE, SUITE 300*
                                                   *Address*

                                                   *NEW HAVEN    CT    06510*
                                                   *City             State     Zip Code*

                                                   *(203) 498-4200*
                                                   *Phone Number*

*I hereby certify that copies have been mailed to counsel of record as listed below, this date: November 15, 2005.*

*Terry Marcus Henry, U.S. Department of Justice, Civil Division, 20 Massachusetts Avenue, NW, Suite 7144, Washington, DC 20044.*

                                                   /s/
                                                 *Thomas P. Belsky*