UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
ABIB SARAJUDDIN,                       )
                                       )
      Petitioner,                      )
                                       )
   v.                                  )    Civil Action No. 05-1000 (PLF)
                                       )
GEORGE W. BUSH, et al.,                )
                                       )
      Respondents.                     )
_____)

ORDER

      This matter is before the Court on Respondents' Motion to Stay Proceedings Pending Related Appeals and for Coordination.  On December 16, 2005, the Court issued an Order directing petitioner to show cause, on or before January 3, 2006, why this case should not be stayed pending resolution of all related appeals.  That date has passed and petitioner has filed no response.  Accordingly, it is hereby

      ORDERED that [2] Respondents' Motion to Stay Proceedings Pending Related Appeals and for Coordination is GRANTED in part and DENIED in part; it is

      FURTHER ORDERED that this case is STAYED pending resolution of all appeals in In re Guantanamo Detainee Cases, Civil No. 02-0299, et al., 355 F. Supp.2d 443 (D.D.C. 2005), and Khalid et al. v. Bush, Civil No. 04-1142, 355 F. Supp.2d 311 (D.D.C. 2005). This stay shall not, however, prevent the parties from continuing to avail themselves of the procedures set forth in the Protective Order, nor shall it relieve the government of any obligation

to provide petitioner with a factual return while the appeals of related cases are pending, nor shall it bar the filing or disposition of any motion for emergency relief; and it is

FURTHER ORDERED that respondents shall file a factual return regarding petitioner Abib Sarajuddin within ninety (90) days of the entry of this Order or within ninety (90) days of the conclusion of any Combatant Status Review Tribunal proceeding, whichever is later.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 6, 2006