### Summarized Sworn Detainee Statement

*The Tribunal President read the Hearing Instructions to the Detainee, and confirmed that he understood the Tribunal process.*

*The Recorder read the pertinent text from the Unclassified Summary of Evidence (Exhibit R-1) to the Tribunal.*

*The Tribunal President addressed the Detainee Election Form (Exhibit D-A), and informed the Detainee that his witnesses would be available for the Tribunal. The Tribunal President also addressed a comment made by the Detainee to the Personal Representative which is documented on the Detainee Election Form:*

Tribunal President: It states that during an interrogation, the Detainee was told if he swore an oath on the Koran, and provided a statement, he'd be set free. (Addressing the Detainee) This is a separate hearing, and any promises, or statements made by an interrogator previously, is different when it comes to taking an oath. That is to say the oath we are offering today, which is your choice to take, is a promise to tell the truth; this would be very helpful to us in understanding your statement.

Detainee: I would like to take the oath, because I told the truth before, and I will tell the truth today.

*The Detainee was then administered the Muslim oath by the Recorder.*

*At this time, the Personal Representative would read the Detainee's responses to the allegations gathered from a previous interview. In addition, the Detainee was permitted the opportunity to respond with additional information as he wished. The Tribunal President encouraged the Detainee to make a statement at this time.*

Detainee: Nazim, an elder, a tribe elder, asked all the elders in the village to get together to fight against the Taliban. He told us he talked to Pacha Khan, and that he wanted cooperation from all the villagers. I went to four other villages close to our village and told them he (Nazim) wanted us to be together against the Taliban. At that time, the Taliban government fell down because America came and there was no fight. After a couple days, they bombarded my house. I was at the funeral after some of my family was killed, and Nazim came to me and gave me 30,000 rupees to help rebuild my house, and told me he would try to get money to help me from Pacha Khan. He said when the Americans came in the future, he would try to get more help from them, too. When they bombed my house, there was no fight in the Khost area yet. After a month, I was in my house in my village when the Americans came and captured us. We got captured in my own house; me, my brother and my son. They also captured one of my own villagers in his house. When they came to arrest us, nobody fired on them, or fired on anyone, there was no fight. We never heard any gunshots; they just came to arrest us and we went with them. In my house, I had no kind of radio, and they did not capture us with any such thing in my house. My only request is today is that they destroyed my house, and whatever I did was against the Taliban; Nazim wanted us to get together against them, and there were no Americans in the area

at the time; my only question is what did I do wrong against the Americans? They captured me, destroyed my house and destroyed my family. I'm sure that you will answer to God one day also, and there will be justice. I will answer each allegation if you want me to answer, and answer questions if you want me to.

Tribunal President: We will have questions for you later.

Personal Representative: Sir, I could go ahead and ask my questions now; and that would fill in some of the holes.

Tribunal President: (to the Personal Representative) If you could, please allow the Detainee to answer all the allegations first.

Personal Representative: The only accusation that he did not address was that Pacha Khan was a renegade commander; he had stated earlier that he didn't know what his actions were to be responsible for.

Detainee: I don't know him personally or ever worked with him; I've only heard of him, now I've been in the prison three years. He worked for the government, and I should not be responsible for that. It's been a month less than three years in the prison. His brother was a minister for the government, and Pacha Khan was a governor of Khost at that time. Nazim gave me 30,000 rupees to help my family from the governor; I never got any money directly from him and never met him personally. After three years, and if he's doing something bad now, why should I be responsible for that? I never saw him.

Personal Representative: One other thing, about the radio, or hand-held receiver.

Detainee: I answered before, none of my family has any such radio, and I have no knowledge of what they are talking about.

Personal Representative: He's covered all the points, sir.

Tribunal President: Does that conclude your statement?

Detainee: Yes.

*The Tribunal President thanked the Detainee for his statement, and allowed the Personal Representative to ask questions at this time.*

## Personal Representative Questions to Detainee

Q: You stated you, your brother and son had no radio; what about the fourth person captured that same evening?

A: I have no knowledge of him being captured with a radio; they can ask him, but I have no knowledge. He was living in the same village with me, but he was captured in his own house.

Q: Do you know what Pacha Khan's job was while you were helping Nazim gather people to fight the Taliban?

A: That time with the Taliban, he was in Pakistan; during the last days of the Taliban, Nazim said to get together to fight with him against the Taliban.

***The Recorder did not have any questions.***

## Tribunal Member Questions to Detainee

Q: What occupation did you have?  Were you a farmer?

A: Yes, I was a farmer and I had my own land.

Q: Do you have any background in electronics or radios?

A: No.  I've never been to school, and I don't know how to read and write.  We had a farm and animals.

Q: What about your son or brother?  Were they trained in the use of electronics?

A: No; they have no knowledge of anything like that.  You can ask them also when they are here.

Q: Do you know of any reason anyone would turn you in?

A: I don't have any knowledge of who gave this information, but in Afghanistan, that's what people are doing.  They are causing problems for people they don't like.  After the bombardment, I was captured so quickly, I didn't have the time to find out who gave the information to them.

Q: What were you raising on your farm?

A: Wheat and corn.

Q: Your associate, your friend captured in his home at the same time, what was his occupation?

A: He was a laborer; before that he was in Saudi Arabia being a laborer over there.

Q: Have you had any experience in military operations; have you ever been a fighter against the Soviets or had any military training?

A: I never had any knowledge or training; during the time of the Taliban, I went to Pakistan as a refugee, and I never fought against the Russians.

Q: How long had you lived in Afghanistan before the bombing?

A: I didn't count the years, but when there was no fighting in Afghanistan, we came back from Pakistan.

Q: Were you in the house when it was bombed?

A: Yes.

Tribunal President:  Do you have any other evidence to present to this Tribunal?

Detainee: No, I don't have anything else; you can ask the Witness questions.

*At this time, the Tribunal took a short recess to permit the first Witness to be brought into the hearing. After reconvening, the Tribunal President confirmed the identity of the Witness and that he was the Witness the Detainee requested. The Witness then took the Muslim oath. The Detainee stated he wished the Personal Representative to ask questions on his behalf.*

## Personal Representative Questions to Witness

Q: Did your brother know Pacha Khan?
A: He heard of his name, but never met with him.

Q: Were you in your brother's house when it was bombed?
A: No, I wasn't in the house at the time it was bombed.

Q: At the time of your capture, you were in your brother's house?
A: Yes; we were all captured together.

Q: Did you see a hand-held radio in the house?
A: No; we did not have anything with us when we were captured.

Q: Did the fourth person captured in your village have a radio in his house that you were aware of?
A: No; I don't know if they captured anything with him in his own house.

Q: Do you know why the American forces would bomb your brother's house?
A: No; we didn't know why, but Americans should know why they bombed our house.

Q: Did your brother have any enemies that would make false statements about him?
A: We did not have any knowledge of such person, but I'm sure that in the country people are doing bad things because of personal differences.

Q: You had stated your brother was assisting the tribal elder in gathering people to fight against the Taliban; is that a true statement?
A: Yes, sir. The village elder asked my brother to go to areas around our village to ask more people to get together against the Taliban.

Q: When did he gather these people?
A: The Taliban was still in government, but it was their last days, so people were trying, at that time, to get together against them.

Q: At that time, was Pacha Khan for or against the U.S. forces?
A: He was with the Americans, and everybody was trying to help the Americans at that time against the Taliban.

*The Tribunal President confirmed the Detainee had no questions of the first Witness, but the Detainee addressed the Tribunal with one question at this time.*

Detainee: Did you ask him (the Witness) about all the allegations against me? Did he have knowledge all the evidence against me, so he could bear witness?

Tribunal President: The Witness did not receive the Unclassified Summary about you, but the Personal Representative did address all the major points in his questions of the Witness.

Detainee: OK.

## Tribunal Members' Questions to Witness

Q: How many village elders are in your village?
A: There are 6 elders that represent our tribe to outside people or to the government.

Q: Was there any elder in particular that asked for aid in overthrowing the Taliban?
A: Yes, sir. Nazim asked my brother to go and bring more people from other villages to get together against the Taliban.

Q: What was your occupation?
A: I'm a farmer on my own land.

Q: I think your brother was concerned we didn't ask you all the questions; did you have any training in electronics?
A: No way; me and my brother didn't have any kind of education. We both can't read and write. I ask other people favors to read letters from home for me; but no, I received no training on electronics.

Q: As far as the bombing, the Personal Representative made the statement it was Americans that bombed your house; are you certain it was Americans that bombed your house?
A: It was midnight when they bombed from the air; we didn't know who the target was.

Q: Were there any casualties; was anyone killed?
A: Yes, sir. Our own family members, and my brother's wife was killed. I wasn't at the house that day, but when I came the next day, there were casualties in our family in the bombing.

Q: Do you live in the house with your brother?
A: In the same house, yes.

Q: Where were you the night the house was bombed?
A: In Guardez.

Q: When you were arrested with your brother and his son, were there any weapons or any fighting used during that arrest?

A: No; nobody fired any shots, and we had no weapons when we were captured. If we had no weapons in the house, then how can we fire on them? There were not any gunshots, and they just captured us.

Q: One other question; do you know who gave your brother 30,000 rupees to rebuild his home?
A: Nazim, the elder from our tribe in the village. He brought that to my brother, so we don't know where he got it, whether it was from Pacha Khan or the Americans. He gave it to our brother and said it was to rebuild our house, and said he would try to bring more help in the future.

Q: After the Taliban, who was the governor of your area?
A: Pacha Khan.

Tribunal Panel Member: (Directed to the Detainee) The Witness said your wife was killed in the bombing; were you not in the same room with your wife?

Detainee: I was in the same room, and the total people in the house was around 30-40; some were killed and some were injured. I was one that was injured. There are eight rooms in our house, and people were in each room, and six rooms were ruined and two were okay. Some got killed and some survived.

Tribunal President: That concludes this portion of the hearing with the Witness. On behalf of the Tribunal, I would like to thank you for your assistance today. Our questions today addressed your family's loss, and we do have sympathy for this occasion.

Detainee: Thank you for that. There is nothing in my heart against the Americans, because it may have been a mistake. Some of my family was killed, but some are still in our country. I request justice from you, and that we can go home and support and take care of our family.

Tribunal President: We understand, and we will continue to review all the information while making our determination on whether you are an enemy combatant.

*The Tribunal President ordered a recess to remove the Witness. After reconvening, the Tribunal President confirmed the Detainee had no additional information for the Tribunal, and thanked the Detainee for his testimony and participation. The Tribunal President then explained the remainder of the Tribunal process, and adjourned the open session.*

## AUTHENTICATION

I certify the material contained in this transcript is a true and accurate summary of the testimony given during the proceedings.

Colonel, USAF

Tribunal President

ISN# 458
Enclosure (3)
Page 6 of 6

UNCLASSIFIED//FOUO

## DETAINEE ELECTION FORM

**Date:** _____ 30 Nov 04 _____

**Start Time:** _____ 0920 _____

**End Time:** _____ 1020 _____

**ISN#:** _____ 458 _____

**Personal Representative:** ████████████ LT COL

**Translator Required?** YES        **Language?** _____ PASHTU _____

**CSRT Procedure Read to Detainee or Written Copy Read by Detainee?** _____ YES _____

----------------------------------------------------------------

**Detainee Election:**

[X]   **Wants to Participate in Tribunal**

[ ]   **Affirmatively Declines to Participate in Tribunal**

[ ]   **Uncooperative or Unresponsive**

**Personal Representative Comments:**

Will speak to each piece of evidence.

Has indicated he will take the oath. (Note: During an interrogation Detainee was told that if he swore on the Koran and provided his statements then he would be set free. PR stated that his enemy combatant status would be based on the available evidence and his testimony.)

Detainee requested one (1) in-camp witness. In-camp witness is ISN 460, Zaman Khan, who is his brother. Witness will testify that Detainee did not know Pacha Khan and could provide details concerning his capture.

Detainee did not request any documentary evidence.

Personal Representative ████████████████ , Lt Col, USAF

UNCLASSIFIED//FOUO                                    Exhibit D-a

UNCLASSIFIED

**Combatant Status Review Board**

TO: Personal Representative

FROM: OIC, CSRT (22 November 2004)

Subject: Summary of Evidence for Combatant Status Review Tribunal – SARAJUDDIN, Abib.

1. Under the provisions of the Secretary of the Navy Memorandum, dated 29 July 2004, *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base Cuba*, a Tribunal has been appointed to review the detainee's designation as an enemy combatant.

2. An enemy combatant has been defined as "an individual who was part of or supporting the Taliban or al Qaida forces, or associated forces that are engaged in hostilities against the United States or its coalition partners. This includes any person who committed a belligerent act or has directly supported hostilities in aid of enemy armed forces."

3. The United States Government has previously determined that the detainee is an enemy combatant. This determination is based on information possessed by the United States that indicates that the detainee is associated with forces that are engaged in hostilities, and participated in military operations against United States and its coalition partners.

    a.  The detainee is associated with forces that have engaged in hostilities against the United States and its coalition partners:

        1.  In September or October of 2001, the detainee worked as a recruiter for Pacha Khan.

        2.  Pacha Khan provided the detainee with 30,000 rupees in order to rebuild his compound when it had been destroyed by a United States air strike.

        3.  Pacha Khan, a renegade Pashtun Commander, has been conducting active field operations against the Afghan Transitional Administration (ATA) and coalition military forces.

    b.  The detainee participated in military operations against the coalition.

        1.  The detainee was captured near Khowst, Afghanistan by United States Forces on January 20, 2002.

        2.  The detainee and his three associates when captured had in their possession a modified ICOM VHF transceiver.

        3.  Coalition forces were fired upon during capture of the detainee.

4. The detainee has the opportunity to contest his designation as an enemy combatant. The Tribunal will endeavor to arrange for the presence of any reasonably available witnesses or evidence that the detainee desires to call or introduce to prove that he is not an enemy combatant. The Tribunal President will determine the reasonable availability of evidence or witnesses.

Page _____ 1 ___ of ___ 1 _____

UNCLASSIFIED      Exhibit ___ R – 1 _____



To   :   Department of Defense          Date  11/20/2004
         Office of Administrative Review
         for Detained Enemy Combatants
         Col. David Taylor, OIC, CSRT

From :   FBI GTMO
         Counterterrorism Division
         Asst. Gen. Counsel ███████████████████

Subject:  REQUEST FOR REDACTION OF
          NATIONAL SECURITY INFORMATION
          ████████████

          Pursuant to the Secretary of the Navy Order of 29 July
2004, Implementation of Combatant Review Tribunal Procedures for
Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba,
Section D, paragraph 2, the FBI requests redaction of the
information herein marked[1].  The FBI makes this request on the
basis that said information relates to the national security of
the United States[2].  Inappropriate dissemination of said
information could damage the national security of the United
States and compromise ongoing FBI investigations.

  CERTIFICATION THAT REDACTED INFORMATION DOES NOT SUPPORT A
  DETERMINATION THAT THE DETAINEE IS NOT AN ENEMY COMBATANT

          The FBI certifies the aforementioned redaction contains
no information that would support a determination that the
detainee is not an enemy combatant.

          The following documents relative to ISN 458 have been
redacted by the FBI and provided to the OARDEC:

FD-302 dated 04/20/2002     FD-302 dated 08/26/2002
FD-302 dated 04/26/2002     FD-302 dated 09/16/2002
FD-302 dated 05/23/2003     FD-302 dated 10/23/2002
FD-302 dated 07/16/2002     FD-302 dated 01/14/2003
FD-302 dated 08/19/2002     FD-302 dated 04/15/2003


    [1]Redactions are blackened out on the OARDEC provided FBI
document.

    [2]See Executive Order 12958



                                      Page ____1____ of ___2____

                                      Exhibit  R-2

Memorandum from ████████████ tenant Col-3 David Taylor
Re:  REQUEST FOR REDACTION, 11/20/2004

      If you need additional assistance, please contact Asst. Gen. Counsel ████████████ or ████████████████████

-2-

Page _____ 2 _ of __ 2 ____

*Unclassified*

Published on Saturday, February 2, 2002 in the *New York Times*

# Villagers Add to Reports of Raids Gone Astray

by John F. Burns

ANI KHEL, Afghanistan — When allied soldiers arrived by helicopter in the dead of night last week to seize him and three other family members for questioning, a villager named Serajuddin may well have thought he was the most blighted man in Afghanistan.

His violent detention came weeks after an American airstrike hit his home, killing 20 people, including his wife and 9 young grandchildren.

Mr. Serajuddin's story appears to offer an example of the harm to noncombatants that has been caused by the American-led military campaign, much of which has been concentrated in this remote, arid region 150 miles south of Kabul.

An American commander in this region confirmed Mr. Serajuddin's arrest on Jan. 21 to a local Afghan leader, and said he continues to be held by the American military, although his release is under review.

Because of several reported incidents like these, Afghan villagers accuse American bombers and Special Operations troops of being careless in their choice of targets. Afghans claim that more than 150 civilians have been killed in recent weeks in this region, which includes the Zhawara caves south of Khost, a primary focus of American bombing and other operations.

There is no way to achieve an accurate reckoning of the number of civilian casualties from the American operation. The country remains a swirling pool of rumors. In addition, it is difficult to assess the effects of the American operation accurately because of the way that it has been conducted, mostly by high- altitude bombing and lightning raids by Special Operations troops.

But accounts of errors have become increasingly insistent. This week, Gen. Tommy R. Franks, the commander of operations in Afghanistan, ordered an inquiry into an American Special Forces assault this month on what was believed to be a compound used by Taliban forces in the southern town of Oruzgan. Residents there have said several people were killed in error and the United States may have been misled by false information from one of two rival factions in the town.

Afghan authorities in Kandahar said on Tuesday that they were pressing the United States military about 27 people detained in that raid, and they hoped that some would be released in the next few days.

A common theme in the reports is that the American airstrikes and ground raids sometimes produce unwanted outcomes because they are often based on information that relies at least partly on local Afghan factions with scores to settle among each other.

"Obviously, it is war and it isn't going to be risk-free," said Col. Rick Thomas, a spokesman for the United States Central Command in Tampa, Fla. "We try to mitigate collateral damage, but it is going to occur."

He added that American commanders require multiple sources of intelligence on a particular target before it is attacked. "We've been very deliberate to use various sources of intelligence to confirm what we believe to be ground truth," Colonel Thomas said.

Page ___1___ of ___3___

*Unclassified*

Exhibit ___R-3___     1

As for Mr. Serajuddin's fate, Colonel Thomas said he was not familiar with specific details about the raid on the Afghan man's compound last week. But another senior military official said that although the raid was based on intelligence gathered by American sources, the commando operation was carried out by forces from another unidentified country. He also suggested that Mr. Serajuddin may already have been released.

The origin of Mr. Serajuddin's problems appears to go back to Nov. 16. It was then, **relatives say, that he and his family gave shelter to Jalaluddin Haqqani, the commander of Taliban forces in the southern provinces of Afghanistan who was fleeing from Kabul.** Mr. Serajuddin's family and neighbors insist he did not know the commander, who was high on the list of America's most wanted men in Afghanistan, and his act was merely hospitality.

Just hours after the commander arrived at his family compound, two bombs destroyed Mr. Serajuddin's home and an adjacent guesthouse. Among the 20 people killed were his wife, Fatima, 3 grandsons and 6 granddaughters, relatives said.

Civilians have died in six different American-led attacks near here since Nov. 15, the villagers say. They include the bombing of a mosque in Khost on Nov. 16, just hours before the airstrike on Mr. Serajuddin's home. American military officials have confirmed that the mosque was hit by an errant bomb intended to hit a building belonging to Mr. Haqqani. On Dec. 21, a convoy of travellers on a country road was hit by an American airstrike.

Villagers and relatives of Mr. Serajuddin said that the only survivors of the American bomb that hit his compound in November were Mr. Serajuddin himself and Mr. Haqqani, the Taliban commander. After the attack, **Mr. Haqqani fled with an injured shoulder,** and remains at large today.

Last week misfortune struck Mr. Serajuddin again, when six helicopters arrived with commandos who smashed their way through steel gates into his battered compound.

"I don't know what is our sin," said Hajji Ajab Gul, Mr. Serajuddin's 75-year-old cousin.

The commandos burst into an undamaged building and seized seven men and boys asleep there, including Mr. Gul. He said the commandos bound their hands with plastic ties before searching the house, breaking open storage cupboards, then leaving again with Mr. Serajuddin, who is about 50, and three male relatives.

He said the commandos were accompanied by an Afghan interpreter who spoke Dari, the language of the Tajik people who predominate in northeastern Afghanistan. While one commando pointed his rifle at each of the men and boys, Mr. Gul said, another tied their hands.

"I'm angry," Mr. Gul said, as he recounted the events. "We are very poor people. Our expectation of the U.S.A. is that they will not bother us, in the way that the Soviets did when they were here. We need help from America, not banditry like this."

**In November, after the bombing,** Mr. Serajuddin told relatives and neighbors that he knew Mr. Haqqani by reputation only. He never had any association with the Taliban or Al Qaeda, he said, and agreed to take Mr. Haqqani into his compound only because of a Pashtun tribal tradition.

In Mr. Serajuddin's case, Wazir Khan Zadran, the brother of a local warlord, said he believed that a rival warlord with close ties to the Americans, Zakim Khan, may have deliberately misled the soldiers so as to make trouble for the Zadran clan, to which Mr. Serajuddin belongs.

"I told them they made a big mistake, thinking that Serajuddin was a big friend of Jalaluddin Haqqani," Mr. Zadran said of his conversation with American officers at the airport in Khost, where about 100 American commandos are camped. "I told them, `You have chosen the wrong friends in Khost, and they have been giving you the wrong information. Serajuddin is no more a friend of the Taliban or Al Qaeda than you are.' "

There may be relief for Mr. Serajuddin, however. Mr. Zadran said he has been told by American officers that Mr. Serajuddin and his three relatives had been flown 250 miles to Kandahar International Airport, where suspected Taliban and Al Qaeda men are being detained before some are flown on to the Guantánamo base in Cuba.

The officers in Khost said they would raise the case of Mr. Serajuddin and his family members with the American commanders based at the Kandahar airport. The American officer in charge at Khost, known locally as "General John," told Mr. Zadran that he thought that Mr. Serajuddin might be released and flown back to his village this week, like a number of other local men who have been seized in similar helicopter raids have been in the past month.

Attempts to reach the American commanders at the airport in Khost for their version of the raid were blocked by soldiers loyal to Pacha Khan Zadran, Wazir Khan Zadran's older brother, who said the Americans had given instructions that no reporters were allowed near the airport.

Mr. Zadran's heavily armed troops compete with Zakim Khan's followers for control of every street in Khost and also for the favor the American forces, a crucial factor in the scramble for power that is under way in every region of Afghanistan after the Taliban's collapse.

The Americans have distributed money, uniforms and in some cases weapons and ammunition to local militia commanders thought likely to help in hunting members of the Taliban and Al Qaeda. That has raised fears among Afghans of a new civil war if the tensions among the warlords get out of hand.

Copyright 2002 New York Times Company

### 

This site contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to advance understanding of environmental, political, human rights, economic, democracy, scientific, and social justice issues, etc. We believe this constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those who have expressed a prior interest in receiving the included information for research and educational purposes. For more information go to: http://www.law.cornell.edu/uscode/17/107.shtml. If you wish to use copyrighted material from this site for purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner.

## Memorandum



To   :   Department of Defense      Date  12/13/2004
          Office of Administrative Review
          for Detained Enemy Combatants
          Capt. Charles Jamison, OIC, CSRT

From  :   FBI GTMO
          Counterterrorism Division ████████
          Asst. Gen. Counsel ████████

Subject  REQUEST FOR REDACTION OF
        NATIONAL SECURITY INFORMATION
     ████████

      Pursuant to the Secretary of the Navy Order of 29 July 2004, Implementation of Combatant Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base, Cuba, Section D, paragraph 2, the FBI requests redaction of the information herein marked[1].  The FBI makes this request on the basis that said information relates to the national security of the United States[2].  Inappropriate dissemination of said information could damage the national security of the United States and compromise ongoing FBI investigations.

  CERTIFICATION THAT REDACTED INFORMATION DOES NOT SUPPORT A
  DETERMINATION THAT THE DETAINEE IS NOT AN ENEMY COMBATANT

      The FBI certifies the aforementioned redaction contains no information that would support a determination that the detainee is not an enemy combatant.

      The following documents relative to ISN 458 have been redacted by the FBI and provided to the OARDEC:

FD-302 dated 05/24/02
FD-302 dated 08/19/02
FD-302 dated 09/16/02
FD-302 dated 09/16/02

---

[1]Redactions are blackened out on the OARDEC provided FBI document.

[2]See Executive Order 12958

Memorandum from ████████ to Capt. Charles Jamison
Re:  REQUEST FOR REDACTION, 12/13/2004

If you need additional assistance, please contact Asst. Gen.
Counsel ████████████████████ or IS ████████████████

2 oF 2

## Appendix 4. Daily Casualty Count of Afghan Civilians Killed in U.S. Bombing Attacks, October 7 until present day



"Carpet bombing by B-52s of Tutukhan hill, northwest of Kabul, overlooking Bagram airport on October 31, 2001 during 2nd phase of the US air war" (Telegraph 12/14/01)

*Compiled by and excerpted from Marc W. Herold, "A Dossier on Civilian Victims of United States' Aerial Bombing of Afghanistan: A Comprehensive Accounting" [Durham, N.H.; unpublished manuscript, Departments of Economics and Women's Studies, University of New Hampshire, December 2001]. Professor Herold [B.Sc., M.B.A., Ph.D Econ] has been on the faculty of the University of New Hampshire since the fall of 1975, specializing in the area of Third World economic and social development.*

UNCLASSIFIED

Exhibit  R-21

Page ___1___ of ___4___

| Day | 16-Nov | | | | | |
|-----|--------|--|--|--|--|--|
| | | Ramazan start | | | | |
| Location | Province | Civilian deaths | Weapon | Commentary | Sources | |
| Kandahar city | Kandahar | - | bomb | hit UN de-mining agency (DAFA). Loss of $2 mn. | Dawn 11/17/01 | |
| oil tanker trucks near Tungi, 10 mi. from Pakistan | Kandahar | - | helicopters destroyed them | US special forces attack resting truckers at night | Times 11/24/01 | |
| Khost religious school - Jalaladin-and Light of Koran mosque | Paktia | 34-65 | GBU-12 500 lb bomb | bomb hits mosque at 10 am ET Friday. Us planes drop 3 GBU-12 500 lb bombs. 2 hit Al Qaeda facility, but third hits mosque, precisely day Ramadan begin. Madrassa hit in Matta Cheena district. Bomb aimed at Jalaluddin Haqqani who probably was wounded | T of I 11/19/01 Pak. Obs. 11/18/01 Jang newsp. 11/19/01 LAT 12/27/01 smh 1/26/02 - Nelson Reuters 11/16/01 cnn.com 11/16/01 | |
| Zani Khel village, 10 kms w. of Khost | Paktia | 28 | bomb | incl. 19 members of one family. US bombs hit walled compound of 4 bldgs. of Abdul Ajub Gul, killing his mother, six brothers and sisters | T of I 11/19/01 citing AFP PNS 11/19/01 Dawn 11/19/01 smh 1/24/02 | |

UN CLASSIFIED

2 o‒ 4

UNCLASSIFIED

Day _____ 13-Nov

| Location | Province | Civilian deaths | Weapon | Commentary | Sources |
|---|---|---|---|---|---|
| 2 houses in Kabul | Kabul | | two 500 lb. bombs | hit offices of Al Jazeera and house nearby | Indep. 11/14/01    BBC News 11/13/01 |
| Bibi Mahru district near Kabul airport | Kabul | 1 | 500 lb. "slid" bomb | kills Ayesha Ghulam and destroyes houses | Guardian 12/1/01 |
| Macroyan housing district | Kabul | 6 | one 500 lb. bomb | four 500 lb dropped, aimed at garrison but only one bomb hits | Guardian 12/1/01 |
| Wazir Akbar Khan district | Kabul | 1 | bombs and helicopters rockets | 7 pm attack near to Jalaluddin Haqqani's house. Destroyed guard house and neighboring civilian house. Killed Ayesha, 30 | Guardian 12/1/01 - McCarthy |

UNCLASSIFIED

3 of 4

UNCLASSIFIED

Day    6-7 Jan

| Location | Province | Civilian deaths | Weapon | Commentary | Sources |
|---|---|---|---|---|---|
| Khost | Paktia | | heavy overnight bombing raids | bombed regions once headquarters of Haqqani | T of I 1/7/02 |

Day    6-7 Jan and 7 Jan

| Location | Province | Civilian deaths | Weapon | Commentary | Sources |
|---|---|---|---|---|---|
| Zhawar and Khost areas | Paktia | | | heavy bombing by fighter jets of provinces and helicopter landing | BBC News 1/7/02 Guardian 1/8/02 |

UNCLASSIFIED

# Afghan Official Discusses Future

By KATHY GANNON
Associated Press Writer

KABUL, Afghanistan (AP) — Echoing comments from Afghanistan's new leader, the country's foreign minister said the American military will leave ``when the objectives of the eradication of terrorism and of al-Qaida forces have been met.''

Dr. Abdullah said Wednesday he expects final agreement soon on the details of how foreign forces — both American troops and international peacekeepers — will operate.

``I wouldn't say there are disagreements ... Some points need further discussions,'' Abdullah said in his first news conference since taking office Saturday with the country's new interim government.

Asked when there would be an accord, he said, ``It will be very soon ... I'm talking about days.''

Afghanistan's government is spending its first week trying to organize the daunting task ahead. The country, wracked by war for more than two decades, is in tatters, and the new coalition government of ethnic groups that succeeded the Taliban militia faces obstacles from keeping the peace to avoiding the infighting that characterized pre-Taliban regimes.

The new prime minister, Hamid Karzai, said Wednesday that Afghans are happy to have peacekeepers in their nation despite a long tradition of resisting foreign fighters. He and Abdullah both said U.S. troops were still needed to pursue remaining terrorists in Afghanistan, particularly those from Osama bin Laden's al-Qaida network.

``We believe there are still some pockets of al-Qaida,'' Abdullah said, singling out both southern Afghanistan and Paktia province, which borders Pakistan to the east. He said Taliban leader Mullah Mohammed Omar may be there as well.

``He's hiding somewhere,'' Abdullah said.

His new boss, Karzai, told The Associated Press in an interview that the terrorists who had been sheltered under the Taliban had been mostly eliminated.

``Some may be still here, but I don't think they are in large numbers. I think that terrorism is largely defeated in Afghanistan,'' Karzai said, seated in a leather armchair in the presidential palace. ``There are remnants in the form of individuals or small groups.''

The new prime minister is well aware that people are analyzing his every move. Karzai — a member of the country's largest ethnic group, the Pashtuns — wore a traditional brown Uzbek robe, a possible gesture of unity.

Karzai also promised to pursue Omar. ``If we find where he is, we will definitely arrest him,'' Karzai said. There have been reports Omar is hiding in the snowy peaks of Helmand province, northwest of Kandahar, the spiritual heart of the Taliban until it fell earlier this month.

Karzai met with his cabinet on Wednesday for the second time since their inauguration over the weekend. The defense and interior ministers gave briefings on the security situation. Karzai is seeking to form a national army to replace the numerous armed factions that control parts of the country.

Without exception, Karzai said all the estimated 1,600 people he has met since taking office Saturday have pressed for the deployment of international peacekeepers to maintain security for the six months he is in office.

``For a people who do not like foreign troops at all, they come and ask me to bring the peacekeeping troops,'' Karzai said.

About 80 British peacekeepers, the first deployed, rolled into Kabul last weekend. They came under cover of darkness and have kept their profile low. As many as 5,000 may be sent to Afghanistan according to the United Nations resolution which approved their deployment.

Page _____ / of ___ 2 ___          UNCLASSIFIED          Exhibit ___ R-22 ___

In other Afghanistan-related developments:

• The Pakistan-based Afghan Islamic Press news agency reported that Jalaluddin Haqqani, a Taliban official and ally of Osama bin Laden's al-Qaida network, was critically injured in a U.S. airstrike last month and may be dead. It said Haqqani and five bodyguards were seriously wounded in the U.S. bombardment on Nov. 16 outside the Afghan city of Khost, near Pakistan's western border, and he has not been seen since.

• Pakistan's coast guard said it arrested 43 Afghan nationals Wednesday who may be linked to bin Laden and the Taliban. Maj. Mohammad Akram said the men were taken into custody near the port city of Karachi and were being interrogated.

• Seventy to 80 sorties were launched Wednesday from the USS Theodore Roosevelt aircraft carrier in the Arabian Sea, but — for the fourth consecutive day — none of the warplanes dropped any bombs. The planes have been flying in support of ground troops, something ship spokesman Lt. John Oliveira said was expected to continue Thursday.

Updated: December 27, 2001 11:41 AM

UNCLASSIFIED / ~~FOUO~~

## Activity Contents

**ID:** 01320032371229 **Title:** AFGP 2002 700058 - ███████

**Narrative:**
AFGP-2002-700058 - ███████
Query returned 6 of 106514 total documents. Displaying hit: 4

UNCLASSIFIED/~~FOUO~~
Original Document Information
Document #: AFGP-2002-700058 Classification: U/FOUO
English Title: T237 LETTERS/BUSINESS CARDS (U/FOUO)
Language: PUSHTU

*457 -
TRIBAL LEADER
FRIEND OF
458 ...*

Document Date: Total Pages: Inclusive Pages:
Document Type: LETTER Format: PAPER ORIGINAL
Agency: DIA Project: ENDURING FREEDOM
Country Of Information: AFGHANISTAN

Title:
Country Of Origin: AFGHANISTAN Originators Classification:

Related Document Numbers
Document Number Type Document Number
Harmony Number AFGP-2002-700058

*GUL ZAMIN
SON OF 458*

Keyword Categories
Keywords
BIOGRAPHIC; TELEPHONE NUMBER; WOT (WAR ON TERRORISM)

Document Remarks
(U/FOUO) 1- BUSINESS CARDS. 2- A LETTER TO TALIBAN, TO ALLOW GUY NAME WALI
ZAMAN TO CARRY ONE AK47. 3- A DOCUMENT FROM TALIBAN GOVERNMENT TRAFFIC
DEPARTMENT, FOR A CAR TO BE TRANSPORTED. 4-A LETTER FROM HAQQANI TO
KHOST PROVINCE HEAD OF EDUCATION SAYING THAT GUL ZAMAN IS A FRIEND
PLEASE TAKE CARE OF HIM. 5- RECEIPT OF GAS. 6- MUJAHID TELEPHONE OFFICE.
TELEPHONE NUMBER 00929297-310792 OUTSIDE OF PAKISTAN. TELEPHONE 009297-
310792 FROM INSIDE PAKISTAN. [BATCH] 202_12JUL02 [BOX] 382 [BATCH REMARK] These
documents were dropped off by the 202d. They are left over documents from January 2002. Locations
unknown.

UNCLASSIFIED/~~FOUO~~

Involved Participants

**Role**          **Name**
Subject of Activity GUL, MOHAMMED
  Attachments
No Data Found

UNCLASSIFIED / ~~FOUO~~    EXHIBIT R- **38**

Page _/_ of _/_

UNCLASSIFIED/~~FOUO~~ 

## Activity Contents

**ID:** 01320032371212 **Title:** AFGP 2002 700051 - ▬▬▬▬▬▬
**Narrative:**
AFGP-2002-700051 ▬▬▬▬▬▬▬▬▬
Query returned 6 of 106514 total documents. Displaying hit: 3

UNCLASSIFIED/~~FOUO~~
Original Document Information
Document #: AFGP-2002-700051 Classification: U/FOUO
English Title: T237 LETTERS (U/FOUO)
Language: PUSHTU

Document Date: Total Pages: Inclusive Pages:
Document Type: LETTER Format: PAPER ORIGINAL
Agency: DIA Project: ENDURING FREEDOM
Country Of Information: AFGHANISTAN

Title:
Country Of Origin: AFGHANISTAN Originators Classification:

Related Document Numbers
Document Number Type Document Number
Harmony Number AFGP-2002-700051

Keyword Categories
Keywords
WOT (WAR ON TERRORISM)

Document Remarks
(U/FOUO) 1- A LETTER FROM HAQQANI TO THE GOVERNOR OF KHOST, ASKING HIM TO
ALLOW A GUY BY THE NAME OF GUL ZAMAN TO INSTALL A COMMUNICATION
SYSTEM IN HIS HOUSE. 2- A DAILY LOG FOR GAS. [BATCH] 202_12JUL02 [BOX] 382
[BATCH REMARK] These documents were dropped off by the 202d. They are left over documents
from January 2002. Locations unknown.

UNCLASSIFIED/~~FOUO~~

Involved Participants

Role                    Name
Subject of Activity GUL, MOHAMMED
  Attachments
No Data Found

UNCLASSIFIED/ ~~FOUO~~           EXHIBIT R- **39**

Page 1 of 1

UNCLASSIFIED//~~FOUO~~

## Personal Representative Review of the Record of Proceedings

I acknowledge that on __24__ January 2005 I was provided the opportunity to review the record of proceedings for the Combatant Status Review Tribunal involving ISN #458.

███ I have no comments.

_____ My comments are attached.

LT COL ████████████, USAF                         _26 Jan 05_
_____                         Date
Name

████████████████████
████████████████████
Signature

ISN #458
Enclosure (5)