IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Abib Sarajuddin, | ) | |
| | ) | |
|     Petitioner/Plaintiff, | ) | Case No. 05-CV-01000 |
| | ) | |
| vs. | ) | |
| | ) | |
| George W. Bush, | ) | |
| President of the United States, | ) | |
| *et.al.*, | ) | APPEARANCE |
| | ) | |
|     Respondents/Defendants. | ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    The undersigned hereby enters her appearance as counsel in this case for the Petitioner/Plaintiff, Abib Sarajuddin.


DATED: July 25, 2006                  FEDERAL DEFENDER'S OFFICE
                                                Capital Square, Suite 340
                                                400 Locust Street
                                                Des Moines, IA 50309-2360
                                                TELEPHONE: (515) 309-9610
                                                TELEFAX: (515) 309-9625
                                                E-MAIL: angela_campbell@fd.org


                                                By: /s/ Angela Campbell
                                                          Angela L. Campbell


Original filed.
Copies to:

Terry M. Henry
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice