UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABIB SARAJUDDIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1000 (PLF) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER

On October 24, 2006, respondents filed a Notice of Transfer indicating that petitioner had been released from United States custody. On October 31, the Court issued an Order directing petitioner's counsel to show cause on or before November 20, 2006 why the pending petition for *habeas corpus* should not be dismissed as moot. Petitioner, who is represented by counsel, has not responded. Accordingly, it is hereby

ORDERED that [10] petitioner's Amended Petition for Writ of Habeas Corpus is DISMISSED without prejudice. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See Fed. R. App. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: December 5, 2006        United States District Judge